FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

APR 1 2 2017

D. MARK JONES, CLERK
BY_____
         DEPUTY CLERK

Order Prepared By:
**Matthew B. Crane** (UTB# 13909)
Ford & Crane PLLC
4161 N. Thanksgiving Way, Suite 300
Lehi, UT 84043
Telephone: (801) 331-8668
Email: matthew.crane@fordcranelaw.com
*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT,
## IN AND FOR THE CENTRAL DISTRICT OF UTAH

| | |
|---|---|
| PAMELA WHITNEY,<br><br>           Plaintiff,<br>vs.<br><br>CINEMARK USA, INC., a Texas Corporation Doing Business As MOVIES 8, PLUM TREE PROPERTY, LLC, a Delaware Limited Liability Company, John Does I – X, XYZ Corporations and/or Limited Liability Companies I – X.<br><br>           Defendants. | **ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br>Case No. 2:16-CV-1289<br><br>Magistrate Judge Paul M. Warner |

This matter is before the court pursuant to the Stipulated Motion to Dismiss with Prejudice which was stipulated to and jointly filed by the parties on April 10, 2017 (the "Motion"). Having reviewed the stipulation of the Parties that they have resolved the controversy between them, there appears good cause that the Motion should be GRANTED.

IT IS HEREBY ORDERED, ADJUGED AND DECREED that the action styled above is dismissed, with prejudice.

1

DATED the 12th day of April, 2017

BY THE COURT

~~Paul M. Warner~~ DAVID SAM
United States ~~Magistrate~~ Judge
District

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on the 10th day of April, 2017, I caused a true and correct copy of the foregoing ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE to be filed with the Court via CM/ECF, which caused notice to be served upon all e-filing counsel of record via the Court's Notice of Electronic Filing [NEF].

/s/   Matthew B. Crane
Matthew B. Crane